UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**BRIAN HOVEY,**

    **Plaintiff,**

**v.**

**LAFARGE NORTH AMERICA, INC.,**

    **Defendant.**

07-2193 (WJM)

**ORDER**

**HON. WILLIAM J. MARTINI**

    A Report and Recommendation was filed on January 14, 2008 recommending that Plaintiff's Complaint be dismissed with prejudice for failure to comply with the Court's Order directing Plaintiff to obtain new counsel or enter an appearance *pro se*; and Plaintiff having been served with the Order; and the parties having been given notice that they had ten days within which to object to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2); and no objection having been received; and the Court having reviewed the Report and Recommendation *de novo* and agreeing with the analysis and conclusions therein; and for good cause shown,

    **IT IS** on this 28th day of January, 2008, hereby,

    **ORDERED** that the Report and Recommendation of Magistrate Judge Mark Falk is adopted by this Court; and it is

    **FURTHER ORDERED** that Plaintiff's Complaint is dismissed with prejudice; and it is

    **FURTHER ORDERED** that the Clerk of the Court close this case.

    s/William J. Martini
    **William J. Martini, U.S.D.J.**